NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL L. MACIAS,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2016-2508

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-15-0385-I-2.

---

**JUDGMENT**

---

DAVID PAUL CLISHAM, Clisham & Sortor, San Francisco, CA, argued for petitioner. Also represented by JUSTINE LIV CLISHAM.

RETA EMMA BEZAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD T. BLADES, JR., ROBERT E. KIRSCHMAN, JR., CHAD A. READLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


    July 24, 2017          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court